**Form fnldec**  (Revised 10/07/2009)

**United States Bankruptcy Court – District of Kansas**
167 US Courthouse
401 North Market
Wichita, KS 67202

Case Number: 15–11077                                    Chapter:  7

In re:

Jennifer Shelene Cooper
aka     Jennie Shelene Cooper
4960 S West St
Wichita, KS 67217

SSN: xxx–xx–8450

| | | Filed By The Court |
|---|---|---|
| **Entered By The Court**<br>**8/24/15** | **FINAL DECREE** | **8/24/15**<br>**David D. Zimmerman**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

The estate of the debtor(s) has been fully administered. If appropriate,the deposit required by the plan has been distributed.

IT IS ORDERED THAT:

1. Carl B Davis is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 25

s/ Robert E. Nugent
United States Bankruptcy Judge